AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Duffy, Patrick M. | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>04/21/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Court Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>P.O. Box 835<br>Charleston, SC 29402 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Psaras Foundation |
| 2. Director | Doonbeg Foundation |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Duffy, Patrick M.

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M. | 04/21/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | Charleston School of Law | $24,780 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Spouse is self-employed health care consultant |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | SC Association for Justice | August 6-8, 2009 | Hilton Head Island, SC | Education | Expenses for registration fee, travel, food and lodging. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M. | 04/21/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Credit Line | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M. | 04/21/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Edward Jones Money Market Fund | A | Interest | J | T | | | | | |
| 2. Edward Jones Money Market Fund | A | Interest | J | T | | | | | |
| 3. Edward Jones Money Market Fund | A | Interest | J | T | | | | | |
| 4. General Electric Co | | None | J | T | | | | | |
| 5. Bond Fund of America CL A- American Bond Fund of America | A | Dividend | J | T | | | | | |
| 6. Federal Home Loan Mott Corp | A | Dividend | J | T | | | | | |
| 7. Investment Co of America CL B-American Bond Fund of America | A | Dividend | J | T | | | | | |
| 8. Duke Energy Co | A | Dividend | J | T | | | | | |
| 9. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 10. XL Capital LTD Senior Note | A | Dividend | J | T | | | | | |
| 11. Bank of America Corp | | None | | | Sold | 03/09/09 | J | A | |
| 12. Clorox Co | A | Dividend | J | T | | | | | |
| 13. Pepsico Inc | A | Dividend | J | T | | | | | |
| 14. Microsoft Corp | A | Dividend | J | T | | | | | |
| 15. Oppenheimer Main Street Fund Cl A | | None | | | Sold | 09/08/09 | J | A | |
| 16. Proctor & Gamble Co | A | Dividend | J | T | | | | | |
| 17. Putnam New Opport CL A | | None | | | Sold | 09/08/09 | J | A | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M. | 04/21/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. I-26/78 Associate LLC 12/30/88 $60,000 | | None | L | R | | | | | |
| 19. Mass Mutual Annuity | | None | J | T | | | | | |
| 20. First Federal of Charleston | A | Interest | J | T | | | | | |
| 21. Bank of America | A | Interest | J | T | | | | | |
| 22. Asset Allocation Fund Inv | | None | J | T | | | | | |
| 23. Morgan Growth Fund Inv | A | Dividend | J | T | | | | | |
| 24. AIM Leisure Fund Inv Class | A | Distribution | J | T | | | | | |
| 25. AIM Tech Fund Investor Class | | None | J | T | | | | | |
| 26. Bond Fund of America CL A-American Bond Fund of America | A | Dividend | J | T | | | | | |
| 27. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 28. Bond Fund of America CL A-American Bond Fund of America | A | Dividend | J | T | | | | | |
| 29. United Technologies Corp | A | Dividend | J | T | | | | | |
| 30. Federal National Mort Assn Med Term Note | A | Interest | J | T | | | | | |
| 31. America Movil S A D E C V | A | Dividend | J | T | | | | | |
| 32. Capital Income Builder Fund | A | Dividend | J | T | | | | | |
| 33. Alliance Bernstein Balanced Wealth Strat Fund CL A | | None | | | Sold | 09/08/09 | J | A | |
| 34. Central European Dist Corp | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M. | 04/21/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SCAGO Educational FACS Pickens Sch Dist SC Install Rev | | None | J | T | Buy | 06/10/09 | J | | |
| 36. Brandywine Blue Fund | A | Dividend | J | T | Buy | 09/14/09 | J | | |
| 37. Columbia Mid Cap Value Fd Cl Z | A | Dividend | J | T | Buy | 09/14/09 | J | | |
| 38. Dodge & Cox income Fund | A | Dividend | J | T | Buy | 09/14/09 | J | | |
| 39. Dodge & Cox Intl Stock Fund | A | Dividend | J | T | Buy | 09/14/09 | J | | |
| 40. DWS Small Cap Value Fund Instl | A | Dividend | J | T | Buy | 09/14/09 | J | | |
| 41. Fidelity New Insights Fd Instl | A | Dividend | J | T | Buy | 09/14/09 | J | | |
| 42. Goldman Sachs Grw & Incm Fd I | A | Dividend | J | T | Buy | 09/14/09 | J | | |
| 43. Hartford Dividend & Growth I | A | Dividend | J | T | Buy | 09/14/09 | J | | |
| 44. JPMorgan Core Bond Fund Select | A | Dividend | | | Buy | 09/14/09 | J | | |
| 45. JPMorgan Core Bond Fund Select | | None | | | Sold | 10/02/09 | J | A | |
| 46. Jpm Fed Money Market Instl Cl | A | Dividend | | | Buy | 09/14/09 | J | | |
| 47. Jpm Fed Money Market Instl Cl | | None | | | Sold | 10/02/09 | J | A | |
| 48. JPMorgan High Yield Fd Select | A | Dividend | | | Buy | 09/14/09 | J | | |
| 49. JPMorgan High Yield Fd Select | | None | | | Sold | 10/02/09 | J | A | |
| 50. Lord Abbett Total Return Fd F | A | Dividend | | | Buy | 09/14/09 | J | | |
| 51. Lord Abbett Total Return Fd F | | None | | | Sold | 10/02/09 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M. | 04/21/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Oppnhmr Cmd Strat Ttl Rtn Cl Y | A | Dividend | | | Buy | 09/14/09 | J | | |
| 53. Oppnhmr Cmd Strat Ttl Rtn Cl Y | | None | | | Sold | 10/02/09 | J | A | |
| 54. Oppenheimer Intl Bond Fund Y | A | Dividend | | | Buy | 09/14/09 | J | | |
| 55. Oppenheimer Intl Bond Fund Y | | | | | Sold | 10/02/09 | J | A | |
| 56. Pioneer Fund Cl Y | A | Dividend | J | T | Buy | 09/14/09 | J | | |
| 57. Thornburg Invt Tr Value Fd I | A | Dividend | J | T | Buy | 09/14/09 | J | | |
| 58. Virtus Frgn Oppts Fd CII | A | Dividend | J | T | Buy | 09/14/09 | J | | |
| 59. Virtus Frgn Oppts Fd Cl I | | None | | | Sold | 10/02/09 | J | A | |
| 60. Virtus Real Estate Secs Cl I | A | Dividend | J | T | Buy | 09/14/09 | J | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffy, Patrick M. | 04/21/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
| --- | --- |
| Duffy, Patrick M. | 04/21/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544